

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN THE | | No. 08-17-00202-CV |
| | § | |
| INTEREST OF | | Appeal from the |
| | § | |
| M.A.T., A CHILD. | | 388th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2013DCM9503) |
| | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellant, Guadalupe Silva, has failed to pay the case filing fee, we dismiss the appeal for want of prosecution.

Appellant did not pay the case filing fee of $205 when she filed her notice of appeal, and the notice of appeal does not indicate that Appellant is presumed indigent. TEX.R.APP.P. 25.1(d)(8)(requiring notice of appeal to state, if applicable, that the appellant is presumed indigent and may proceed without paying costs under Rule 20.1). On September 12, 2017, the Clerk of the Court notified Appellant that the filing fee of $205 had not been paid. The letter further advised her that failure to pay the case filing fee within twenty days could result in dismissal of the appeal for want of prosecution pursuant to TEX.R.APP.P. 42.3(b) and (c). On October 5, 2017, the Clerk of the Court sent Appellant a second notice requesting payment of the case filing fee within twenty

days and advising that failure to comply would result in dismissal of the appeal for want of prosecution. Appellant did not pay the case filing fee or otherwise respond to our notices. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX.R.APP.P. 42.3(b), (c).


                                        GINA M. PALAFOX, Justice

November 17, 2017

Before McClure, C.J., Rodriguez, and Palafox, JJ.